IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RUSSELL ANTONIO THOMAS**                                   **PETITIONER**

**VERSUS**                                **CIVIL ACTION NO. 1:09-cv-35-HSO-JMR**

**REGINA HANCOCK**                                             **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [21] of Chief United States Magistrate Judge John M. Roper entered in this cause on January 11, 2011.  The Court, after a full review and consideration of the Report and Recommendation [21], the record as a whole, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, this matter be, and hereby is, **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 25th day of August, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE